**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Midwest Operating Engineers Welfare Fund, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-cv-01677 |
| v. | ) ) | Judge: Edmond E. Chang |
| | ) | Magistrate Judge: Beth W. Jantz |
| Ranger Construction, Inc., an Illinois corporation and Satwant Kaler, individually, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR CONSENT JUDGMENT**

Plaintiffs Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Operating Engineers Local 150 Apprenticeship Fund, Midwest Operating Engineers Retirement Enhancement Fund ("REF"), (collectively "the Funds"); Construction Industry Research and Service Trust Fund ("CRF"); International Union of Operating Engineers, Local 150, AFL-CIO ("Local 150" or "the Union"), (collectively, "Plaintiffs"); and Defendants Ranger Construction, Inc., an Illinois corporation and Satwant Kaler, individually, (collectively "Defendants") by and through their respective counsel, jointly move the Court to enter a Consent Judgment Order, and in support thereof state as follows:

1. Plaintiffs filed this action against Defendants Ranger Construction and Satwant Kaler, seeking delinquent fringe benefit contributions, union dues, interest, liquidated damages, and attorneys' fees under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132, 1145, and the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185.

2.      Following negotiations, the parties reached a settlement where in Ranger Construction and Satwant Kaler, among other terms, consent to the entry of judgment in favor of Plaintiffs in the amount of $120,941.73, which is inclusive of unpaid contributions, union dues, interest, liquidated damages, and attorneys' fees.

3.       Pursuant to the settlement, Plaintiffs have agreed to withhold any enforcement or collection activities for a period of 60 days from the Court's entry of the Consent Judgment Order.

4.      The Parties jointly request the Court enter the proposed Consent Judgment Order, which is attached hereto as Exhibit A, and which will also be submitted via email to the Court's proposed order inbox email address.

WHEREFORE, the parties jointly request that this Court grant this Joint Motion for Entry of Consent Judgment and enter judgment against Ranger Construction and Satwant Kaler in favor of Plaintiffs in the total amount of $120,941.73 as set forth in the proposed Consent Judgment Order.

Dated: June 15, 2026                                Respectfully submitted,

By:  /s/ Wilfred D. Quinn                           By:  /s/ Thomas J.K. Schick

Attorneys for the Funds and CRF:                   Attorneys for Defendants:

Dale D. Pierson *(dpierson@local150.org)*          Thomas J.K. Schick *(tschick@schainbanks.com)*
Wilfred D. Quinn *(wquinn@local150.org)*           Marty J. Schwartz *(mschwartz@schainbanks.com)*
Institute for Worker Welfare, P.C.                 Schain, Banks, Kenny & Schwartz, LTD.
6141 Joliet Road                                   70 W. Madison St., Ste. 5400
Countryside, IL  60525                             Chicago, IL  60602
Ph. 708-579-6665                                   Ph: 312-345-5700
Fx. 708-588-1647

Attorneys for the Local 150:

Dale D. Pierson *(dpierson@local150.org)*
Wilfred D. Quinn *(wquinn@local150.org)*
Local 150 Legal Department
6140 Joliet Road
Countryside, IL  60525
Ph: 708-579-6665
Fx: 708-588-1647

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on June 15, 2026, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification to the following:

Thomas J.K. Schick *(tschick@schainbanks.com)*
Marty J. Schwartz *(mschwartz@schainbanks.com)*
Schain, Banks, Kenny & Schwartz, LTD.
70 W. Madison St., Ste. 5400
Chicago, IL 60602

Respectfully submitted,

By:  /s/ Wilfred D. Quinn
One of the Attorneys for Plaintiffs

| Attorneys for Local 150 | Attorneys for the Funds and CRF |
|---|---|
| Dale D. Pierson *(dpierson@local150.org)* | Dale D. Pierson *(dpierson@local150.org)* |
| Wilfred D. Quinn *(wquinn@local150.org)* | Wilfred D. Quinn *(wquinn@local150.org)* |
| Local 150 Legal Department | Institute for Worker Welfare, P.C. |
| 6140 Joliet Road | 6141 Joliet Road |
| Countryside, IL  60525 | Countryside, IL  60525 |
| Ph: 708-579-6665 | Ph: 708-579-6665 |
| Fx: 708-588-1647 | Fx: 708-588-1647 |